```
                    United States Bankruptcy Court
                     Middle District of Pennsylvania
```

In re:                                              Case No. 19-04401-RNO
Charles Sorokach, Jr.                               Chapter 7
Diana Sorokach
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: admin          Page 1 of 1          Date Rcvd: Jan 30, 2020
                               Form ID: 318          Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2020.
db/jdb        +Charles Sorokach, Jr.,  Diana Sorokach,  213 High Road,  Pottsville, PA 17901-8965
5257508        American Education Services,  PO Box 2461,  Harrisburg, PA 17105-2461
5257510        Brand Source,  PO Box 6403,  Sioux Falls, SD 57117-6403
5257509       ++CITIBANK,  PO BOX 790034,  ST LOUIS MO 63179-0034
              (address filed with court:  Best Buy,  PO Box 183195,  Columbus, OH 43218)
5257515       +Citi Bank Home Depot,  PO Box 790328,  Saint Louis, MO 63179-0328
5257516        Citizens One,  JCB210,  PO Box 42033,  Providence, RI 02940-2033
5257518        Discover,  PO Box 6105,  Carol Stream, IL 60197-6105
5257520       +LVHN Rehabilitation,  300 Schuylkill Medical Plaza,  Pottsville, PA 17901-3668
5257522       +Penny Mac Loan Services,  3043 Townsgate Road,  Suite 200,  Westlake Village, CA 91361-3027

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +E-mail/Text: wschwab@iq7technology.com Jan 30 2020 19:11:58    William G Schwab (Trustee),
               William G Schwab and Associates,  811 Blakeslee Blvd Drive East,  PO Box 56,
               Lehighton, PA 18235-0056
cr            +EDI: PRA.COM Jan 31 2020 00:08:00    PRA Receivables Management, LLC,  PO Box 41021,
               Norfolk, VA 23541-1021
5257511       +EDI: CAPITALONE.COM Jan 31 2020 00:08:00    Capital One,  P.O.Box 30285,
               Salt Lake City, UT 84130-0285
5257512        EDI: CHASE.COM Jan 31 2020 00:08:00    Chase,  P.O. Box 15298,  Wilmington, DE 19850-5298
5257513        EDI: CHASE.COM Jan 31 2020 00:08:00    Chase Cardmember Services,  P.O. Box 15298,
               Wilmington, DE 19850-5298
5257514        EDI: CITICORP.COM Jan 31 2020 00:08:00    Citi Bank,  P.O. Box 9001037,
               Louisville, KY 40290-1037
5257517        EDI: DISCOVER.COM Jan 31 2020 00:08:00    Discover,  P.O.Box 30943,
               Salt Lake City, UT 84130-0943
5257519        EDI: RMSC.COM Jan 31 2020 00:08:00    Lowes/Synchrony Bank,  PO Box 530914,
               Atlanta, GA 30353-0914
5257521       +EDI: RMSC.COM Jan 31 2020 00:08:00    Old Navy,  P.O. Box 530942,  Atlanta, GA 30353-0942
5258067       +EDI: RMSC.COM Jan 31 2020 00:08:00    Synchrony Bank,  c/o PRA Receivables Management, LLC,
               PO Box 41021,  Norfolk, VA 23541-1021
5257523       +EDI: RMSC.COM Jan 31 2020 00:08:00    Walmart,  P.O. Box 960024,  Orlando, FL 32896-0024
                                                                                     TOTAL: 11

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2020 at the address(es) listed below:
         Christopher W Hobbs   on behalf of Debtor 2 Diana  Sorokach chobbs@lthlawfirm.com,
         tgrigas@lthlawfirm.com
         Christopher W Hobbs   on behalf of Debtor 1 Charles  Sorokach, Jr. chobbs@lthlawfirm.com,
         tgrigas@lthlawfirm.com
         James Warmbrodt   on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
         United States Trustee   ustpregion03.ha.ecf@usdoj.gov
         William G Schwab (Trustee)   schwab@uslawcenter.com,
         wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                             TOTAL: 5
```

## Information to identify the case:

| | |
|---|---|
| Debtor 1 | **Charles Sorokach Jr.** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Diana Sorokach** |
| (Spouse, if filing) | First Name   Middle Name   Last Name |

Social Security number or ITIN   xxx–xx–3746
EIN   _ _–_ _ _ _ _ _ _

Social Security number or ITIN   xxx–xx–9045
EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   5:19–bk–04401–RNO

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Charles Sorokach Jr.

Diana Sorokach
aka Diana Swartz

**By the court:**

*Robt N. Opel II*

1/30/20

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**